1  Mary Ann L. Wymore (SBN: 126516)
   **UB GREENSFELDER LLP**
2  10 S. Broadway, Suite 2000
   St. Louis, MO 63102
3  Tel: (314) 516-2662/Fax: (314) 241-4245
   mwymore@ubglaw.com
4
   **Attorney for PLAINTIFF**
5  **A-LIST MARKETING SOLUTIONS, INC.**
   **DBA PALISADE PROTECTION GROUP**
6

7

8              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
9                       **AT SANTA ANA**

10

11 A-LIST MARKETING SOLUTIONS )   Case No. 8:25-cv-00131
   INC. dba PALISADE PROTECTION )
12 GROUP,                       )
                                )
13     Plaintiff,               )   **PLAINTIFF A-LIST**
14                              )   **MARKETING SOLUTIONS INC.**
   vs.                          )   **DBA PALISADE PROTECTION**
15                              )   **GROUP'S CORPORATE**
                                )   **DISCLOSURE STATEMENT**
16 HEADSTART WARRANTY           )   **AND CERTIFICATION AND**
17 GROUP LLC,                   )   **NOTICE OF INTERESTED**
                                )   **PARTIES**
18     Defendant.               )

19

20

21     Pursuant to Federal Rule of Civil Procedure 7.1(a)(1)(B) and L.R. 7.1-1, A-

22 List Marketing Solutions Inc. dba Palisade Protection Group ("Plaintiff") has no

23 parent corporation and there are no publicly-traded entities in the ownership of A-

24 List Marketing Solutions Inc. dba Palisade Protection Group.

25

-1-
CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION AND NOTICE OF INTERESTED PARTIES

1  Pursuant to Federal Rule of Civil Procedures 7.1(a)(2) and L.R. 7.1-1, A-List
2  Marketing Solutions Inc. dba Palisade Protection Group states that it is a corporation
3  with its principal place of business in California.
4
5  Dated:  January 23, 2025               Respectfully submitted,
6
                                          **UB GREENSFELDER LLP**
7
8                                         By:  */s/ Mary Ann Wymore*
                                          Mary Ann L. Wymore, #126516
9                                         10 South Broadway, Suite 2000
10                                        St. Louis, Missouri 63102
                                          (314) 241-9090
11                                        mwymore@ubglaw.com
12
                                          Attorney for Plaintiff
13
14
15
16
17
18
19
20
21
22
23
24
25

-2-
CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION AND NOTICE OF
INTERESTED PARTIES